UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MANITOWOC MARINE GROUP, LLC

    Plaintiff,

v.                                                          Case No. 03-C-232

AMERON INTERNATIONAL CORP., et al.,

    Defendants.

**ORDER**

      Ameron moved under Rule 60 to clarify or correct the third amended judgment. Though that judgment was withdrawn, Ameron's motion seeks to correct an error contained in the judgment now entered in this case, namely, the award of "interest from the date of verdict at the legal rate of 12%." (Docket No. 288.) In my November 28, 2006, order, I had ordered that post-verdict (pre-judgment) interest be awarded at 12%, but that post-judgment interest be awarded under 28 U.S.C. § 1961(a), which is what Ameron now seeks. Manitowoc argues that I lack jurisdiction under Rule 60(b) to revisit any of the judgments; even if true, I conclude that the error is best described as a clerical mistake resulting from an oversight or omission. As such, it is an error correctable by this court under Rule 60(a). If the court of appeals grants leave, I will enter an amended judgment reflecting the proper award of post-judgment interest. Until such time, however, Ameron's motion will be held in abeyance.

      **SO ORDERED** this   16th   day of April, 2007.

                                                    s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge